UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO, | ) |
| | ) |
| Plaintiff, | ) CASE NO. C13-1179-JCC |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| PLYMOUTH HOUSING GROUP | ) |
| HUMPHREY HOUSE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff Charles L. Bobo, proceeding *pro se*, submitted an application to proceed *in forma pauperis* (IFP) and a proposed complaint to this Court for review. (Dkt. 1.) Plaintiff brings his claims against Plymouth Housing Group Humphrey House, and appears to challenge his potential eviction from his housing. (Dkt. 1-1 at 2.) He states his claim as follows: "Visitor come to your room 6 times – no excessive foot traffic allowed short period of time specifically between the hours of 5 AM and 7 AM visitor come to your room 6 time." (*Id.*)

Under 28 U.S.C. § 1915(e), the district court must dismiss a case "at any time" it

REPORT &
RECOMMENDATION
PAGE -1

determines a complaint is frivolous or fails to state a claim on which relief may be granted. § 1915(e)(2)(B). Section 1915(e) applies to all IFP proceedings, not just those filed by prisoners. *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000).

A review of the Court's filing system reveals that plaintiff has filed over thirty different actions in this Court. The Court dismissed a number of those cases – including at least two cases raising similar claims against the same defendant named here – upon finding that plaintiff failed to state a claim upon which relief could be granted, that the filing was frivolous, that the Court lacked jurisdiction, and/or for failure to prosecute. *See, e.g.*, *Bobo v. Plymouth Housing Group Humphrey House*, C13-0849-JCC (Dkts. 2 & 4); *Bobo v. Tracfone Wireless, Inc.*, C13-0071-MJP (Dkts. 3-5); *Bobo v. Plymouth Housing Group Humphrey House*, C12-2071-MJP (Dkt. 10); *Bobo v. DSHS*, C12-1992-RAJ (Dkt. 6); *Bobo v. Tulane County District Attorney*, C12-1805-RSL (Dkts. 3-5).

As in those prior cases, plaintiff here fails to set forth facts sufficient to state a cognizable claim against the defendant, fails to set forth any basis for jurisdiction in this Court, and submits a complaint that appears frivolous on its face. Accordingly, the Court recommends that plaintiff's IFP application be STRICKEN and this matter DISMISSED with prejudice. A proposed Order accompanies this Report and Recommendation.

DATED this 15th day of July, 2013.

/s/ MARY ALICE THEILER_____
Mary Alice Theiler
United States Magistrate Judge

REPORT &
RECOMMENDATION
PAGE -2