```
01
02
03
04
05
06
07                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
08                                    AT SEATTLE

09   CHARLES L. BOBO,                    )
                                         )   CASE NO. C13-1179-JCC
10            Plaintiff,                 )
                                         )
11        v.                             )   ORDER STRIKING IN FORMA
                                         )   PAUPERIS APPLICATION AND
12   PLYMOUTH HOUSING GROUP              )   DISMISSING CASE
     HUMPHREY HOUSE,                     )
13                                       )
              Defendant.                 )
14   _____ )
```

15     The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP),

16 his complaint, the Report and Recommendation of Mary Alice Theiler, United States

17 Magistrate Judge, and the remaining record, does hereby find and Order:

18     (1)   The Court adopts the Report and Recommendation;

19     (2)   Plaintiff's IFP application is STRICKEN and this case is DISMISSED, with

20           prejudice; and

21     (3)   The Clerk shall send a copy of this Order to plaintiff.

22 / / /

ORDER STRIKING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING CASE
PAGE -1

01    DATED this 9th day of August, 2013.

02

03

04

05

06    _____
      JOHN C. COUGHENOUR
07    United States District Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER STRIKING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING CASE
PAGE -2